IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| ELCY STEPHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 18 cv 130 |
| ) | |
| HOME DEPOT USA, INC., d/b/a THE ) | |
| HOME DEPOT, GRAND FLOWER ) | |
| GROWERS, INC., and GRAND SERVICE, ) | |
| LLC., ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

NOW COMES the Defendant, HOME DEPOT U.S.A., INC. ("Home Depot"), by and through its attorneys, McVEY & PARSKY, LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal to the United States District Court for the Northern District of Illinois, Eastern Division, from the Circuit Court of Cook County, Illinois, where the action captioned *Elcy Stephen v. Home Depot U.S.A., Inc., d/b/a The Home Depot, Grand Flower Growers, Inc. and Grand Service, LLC.* (Case No. 2017 L 010652) is pending. In support of this Notice, Defendant, Home Depot, states as follows:

1. On or about October 20, 2017, Elcy Stephen ("Plaintiff") filed a Summons/ Complaint in the Circuit Court of Cook County, Law Division, bearing the caption Elcy Stephen, Plaintiff, vs. Home Depot USA, Inc., d/b/a/ The Home Depot, Grand Flower Growers, Inc., and Grand Service, LLC., Case No. 2017 L 010652 and the defendants were served with same. (Group Exhibit "A").

2. Plaintiff served Home Depot with process on October 27, 2017.

3. Home Depot filed an Appearance and Answer to the Complaint at Law in the Circuit Court of Cook County, Illinois, on November 21, 2017. (Group Exhibit "B").

4. Defendants, Grand Flower, Growers, Inc. and Grand Service, LLC., filed their Appearance and Answer to the Complaint at Law on November 27, 2017. (Group Exhibit "C").

5. Home Depot served a Request for Admission to Plaintiff on November 21, 2017. (Exhibit "D").

6. Plaintiff filed a Reply to Affirmative Defenses of Defendant Home Depot, U.S.A, Inc., d/b/a The Home Depot on December 1, 2017. (Exhibit "E").

7. Plaintiff filed a Reply to Affirmative Defenses of Defendants Grand Flower Growers, Inc. and Grand Service, LLC. on December 1, 2017. (Exhibit "F").

8. Plaintiff filed Plaintiff's Responses to Request to Admit from Defendant, Home Depot U.S.A., Inc., d/b/a The Home Depot on December 18, 2017. (Exhibit "G")

9. Defendant, Home Depot, served discovery requests on Plaintiff and filed same with the Court on December 18, 2017. (Group Exhibit "H").

10. Defendant, Home Depot, filed a Notice of Motion and Motion for Confidentiality and Protective Order. (Group Exhibit "I")

11. The Court entered an initial case management order in this matter on December 21, 2017. (Exhibit "J").

12. To Defendant, Home Depot's knowledge, no other documents or pleadings have been filed in the underlying Cook County lawsuit.

13. Plaintiff asserted in her Answer to the Request for Admission that plaintiff's claimed damages are in excess of $75,000.00.

14. Plaintiff's assertion in her Answer to the Request for Admission was Home Depot's first notice that Plaintiff's damages are greater than the jurisdictional minimum of $75,000.00.

15. This Notice of Removal was filed with the Clerk of the United States District Court within 30 days of Home Depot first learning that Plaintiff's damages are greater than the jurisdictional minimum of $75,000, thus making the case removal pursuant to 28 U.S.C. §1446 (b)(3).

16. Plaintiff was a citizen of the State of Illinois at the time of filing her Complaint. See Exhibit G.

17. At the time that this action was filed, Defendant HOME DEPOT U.S.A., INC., was and still is corporation organized under the law of the State of Delaware and having its principal place of business at 2455 Paces Ferry Road SW, Atlanta, Georgia.

18. At the time this action was filed, Defendant, Grand Flower Growers, Inc. was and still is a corporation organized under the law of the State of Michigan and having its principal place of business in Michigan.

19. At the time this action was filed the members of Grand Service, LLC. were and still are citizens of the State of Michigan.

20. Pursuant to 28 U.S.C. section 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business". For the purposes of federal diversity jurisdiction, based upon the above, the defendants are not citizens of the State of Illinois.

21. All defendants have consented to removal.

22. Defendant, Home Depot seeks removal of this action pursuant to 28 U.S.C. §1332, 1441 and 1446, which permits removal of causes of action based upon diversity of citizenship pf the parties.

23. Based on the foregoing, this Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. §1332, because all the parties hereto are diverse and the amount in controversy exceeds $75,000.00.

24. Pursuant to 28 U.S.C. §1441(a), removal to the United States District Court for the Northern District of Illinois, Eastern Division, is proper because the District embraces the Circuit Court of Cook County, the place where this action is currently pending. *See* 28 U.S.C.A. §93(a).

25. In accordance with 28 U.S.C. §1446(d), Home Depot will promptly file a copy of this Notice of Removal in the Circuit Court of Cook County, Illinois and give written notice of removal to plaintiff.

26. By removing the action to this Court, Home Depot does not waive any defenses, objections or motions available to it under state or federal law. Home Depot expressly reserves the right to move for dismissal of plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

27. Home Depot demands this cause be tried by a jury.

WHEREFORE, the Defendant, HOME DEPOT U.S.A., INC., prays that it may affect removal of this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois – Eastern Division, and that the matter be tried before a jury.

Respectfully submitted

McVey & Parsky, LLC.

/s/ Assunta A. Karris

Assunta A. Karris, on behalf of Defendant, Home Depot USA, Inc.
ARDC 6236624

Assunta A. Karris
McVey & Parsky, LLC
30 N. LaSalle St., Suite 2100
Chicago, IL 60602
Phone: (312) 762-6337
Fax: (312) 551-2131
Email: aak@mcveyparky-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

| | |
|---|---|
| Mark Trevino | C. Williams Busse Jr. |
| Samuel Briones | Busse, Busse & Grasse, P.C. |
| Briones, Harvey & Trevino | 20 North Wacker Drive |
| 1912 Ridge Road | Suite 3518 |
| Homewood, IL 60430 | Chicago, IL 60606 |

/s/ Assunta A. Karris
Assunta A. Karris
Attorney for Defendant, Home Depot U.S.A., Inc.