# Group Exhibit A

| | |
|---|---|
| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 – Served by Mail |
| 2420 – Served by Publication | 2421 – Served by Publication |
| SUMMONS | ALIAS – SUMMONS     (Rev.12/22/92) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ELCY STEPHEN,            )
                         )
         Plaintiff,      )          2017L010652
                         )          CALENDAR/ROOM E
    v.                   )          TIME 00:00
                         ) No.      Premises Liability
HOME DEPOT USA, INC., d/b/a THE )
HOME DEPOT, GRAND FLOWER )
GROWERS, INC., and GRAND SERVICE, )
LLC.,                    )          **PLEASE SERVE:**
                         )
         Defendants.     )          *See Attached Service List

## SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room* 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____, 2017

_____
Clerk of Court

Name: Briones, Harvey & Trevino
Attorney for Plaintiff
Address: 1912 Ridge Road
City: Homewood, IL 60430
Telephone: (708) 799-3800
Atty. No.: 26077

Date of service: _____, 2017
(To be inserted by officer on copy left with defendant or other person)

**Service by Facsimile Transmission will be accepted at _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202

ELCY STEPHEN vs. HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, GRAND FLOWER GROWERS, INC., and GRAND SERVICE, LLC.

## *SERVICE LIST

Please serve the following defendants:

1. HOME DEPOT USA, INC., d/b/a THE HOME DEPOT
   R/A Illinois Corporation Service C
   801 Adlai Stevenson Drive
   Springfield, IL 62703

2. GRAND FLOWER GROWERS, INC
   Todd Mossel, President
   1138 146th Avenue
   Wayland, MI 49348

3. GRAND SERVICE, LLC.
   R/A Corporate Creations Network In
   350 S. Northwest Highway
   Park Ridge, IL 60068

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ELCY STEPHEN, | ) | |
| Plaintiff, | ) ) ) | 2017L010652<br>CALENDAR/ROOM E<br>TIME 00:00 |
| v. | ) ) | Premises Liability |
| HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, GRAND FLOWER GROWERS, INC., and GRAND SERVICE, LLC., | No. ) ) ) ) ) | |
| Defendants. | ) ) | Plaintiff Demands a 12 Person Jury |

## COMPLAINT

NOW COMES the plaintiff, ELCY STEPHEN, by and through her attorneys, BRIONES, HARVEY & TREVINO, and complaining of defendants, HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, GRAND FLOWER GROWERS, INC., and GRAND SERVICE, LLC., states as follows:

### Count I (Elcy Stephen vs. The Home Depot)

1. On May 19, 2016, the defendant, HOME DEPOT USA., Inc., a Delaware Corporation d/b/a THE HOME DEPOT, individually and through it's agents and/or employees, owned, operated, managed, maintained and/or controlled a home improvement store located at 7300 W. 159th Street, in the Village of Orland Park, County of Cook, State of Illinois;

2. That on May 19, 2016, the plaintiff, ELCY STEPHEN, was lawfully on the property while shopping for plants in the garden department of the Home Depot Store located at 7300 W. 159th Street, in the Village of Orland Park, County of Cook, State of Illinois;

3. At said time and place, the Plaintiff, ELCY STEPHEN, was walking and tripped on a garden watering hose that was placed across the aisle to water flowers in the garden department;

4. At all times pertinent, the Plaintiff, ELCY STEPHEN, was in the exercise of ordinary care for her safety and free from contributory negligence;

1

5. At all times pertinent, it was the duty of the defendant, HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, individually and through it's agents and/or employees, to own, operate, manage, maintain and/or control their premises in a reasonably safe manner so as not to cause injury to the plaintiff and others;

6. That notwithstanding the aforesaid duty, the defendant, HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, individually and through it's agents and/or employees, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

   a. placed a watering hose across the aisle of the garden department when it knew or should have known that it caused and unreasonably dangerous and unsafe walking condition;

   b. failed to properly secure the watering hose within the aisle of the garden department when it knew or should have known the hose caused an unreasonably dangerous and unsafe walking condition;

   c. permitted a walking hazard to remain within the aisle of the garden department for an unreasonable period of time;

   d. failed to properly warn the Plaintiff of a watering hose within the aisle of the garden department, when it knew or should have known that it created an unreasonably dangerous and unsafe condition;

   e. failed to properly inspect the aisles of the garden department to be certain they were in a safe and proper condition for customers to walk upon;

   f. failed to barricade the subject aisle of the garden department when it knew or should have known the watering hose created a dangerous and unsafe walking condition;

   g. failed to provide proper lighting in the subject aisle of the garden department;

   h. failed to take and/or institute adequate steps, precautions and training procedures to ensure the subject aisle remained free from obstructions and safe for use;

   i. otherwise carelessly and negligently operated, managed, maintained, supervised, cleaned and/or controlled said premises.

7. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the defendant, HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, individually and through it's agents and/or employees, the Plaintiff, ELCY STEPHEN,

was caused to fall and sustain severe injuries, both internally and externally, of a permanent and lasting nature; that the plaintiff was caused to and will in the future be caused to endure pain and suffering in body and mind; that in an endeavor to cure said injuries, the plaintiff was caused to and will in the future be caused to expend sums of money for medical care; furthermore, that the plaintiff was unable to and will in the future be unable to attend to her normal affairs and duties for an extended period of time.

WHEREFORE, Plaintiff ELCY STEPHEN prays for judgment against the Defendant, HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus the costs of this suit

### Count II (Elcy Stephen vs. Grand Flower Growers, Inc.)

1-6. Plaintiff ELCY STEPHEN realleges paragraphs 1 through 6 of Count I as paragraphs 1 through 6 of Count II;

7. On May 19, 2016, the defendant, GRAND FLOWER GROWERS, INC., a Michigan corporation, individually and through it's agents and/or employees, owned, operated, managed, distributed, maintained and/or controlled the plant displays in the garden department of the Home Depot Store located at 7300 W. 159th Street, in the Village of Orland Park, County of Cook, State of Illinois;

8. That on May 19, 2016, the plaintiff, ELCY STEPHEN, was lawfully on the property while shopping for plants in the garden department of the Home Depot Store located at 7300 W. 159th Street, in the Village of Orland Park, County of Cook, State of Illinois;

9. At said time and place, the Plaintiff, ELCY STEPHEN, was walking and tripped on a garden watering hose that was placed across the aisle to water flowers in the garden department;

10. At all times pertinent, the Plaintiff, ELCY STEPHEN, was in the exercise of ordinary care for her safety and free from contributory negligence;

11. At all times pertinent, it was the duty of the defendant, GRAND FLOWER

GROWERS, INC, individually and by and through their agents and/or employees, to own, operate, manage, maintain and/or control the premises in a reasonably safe manner so as not to cause injury to the plaintiff and others;

12. That notwithstanding the aforesaid duty, the defendant, GRAND FLOWER GROWERS, INC, individually and through it's agents and/or employees, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    a. placed a watering hose across the aisle of the garden department when it knew or should have known that it caused and unreasonably dangerous and unsafe walking condition;

    b. failed to properly secure the watering hose within the aisle of the garden department when it knew or should have known the hose caused an unreasonably dangerous and unsafe walking condition;

    c. permitted a walking hazard to remain within the aisle of the garden department for an unreasonable period of time;

    d. failed to properly warn the Plaintiff of a watering hose within the aisle of the garden department, when it knew or should have known that it created an unreasonably dangerous and unsafe condition;

    e. failed to properly inspect the aisles of the garden department to be certain they were in a safe and proper condition for customers to walk upon;

    f. failed to barricade the subject aisle of the garden department when it knew or should have known the watering hose created a dangerous and unsafe walking condition;

    g. failed to provide proper lighting in the subject aisle of the garden department;

    h. failed to take and/or institute adequate steps, precautions and training procedures to ensure the subject aisle remained free from obstructions and safe for use;

    i. otherwise carelessly and negligently operated, managed, maintained, supervised, cleaned and/or controlled said premises.

13. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the defendant, GRAND FLOWER GROWERS, INC, individually and through it's agents and/or employees, the Plaintiff, ELCY STEPHEN, was caused to fall and sustain severe injuries, both internally and externally, of a permanent and lasting nature; that the plaintiff was caused to and will in the future be caused to endure pain and

suffering in body and mind; that in an endeavor to cure said injuries, the plaintiff was caused to and will in the future be caused to expend sums of money for medical care; furthermore, that the plaintiff was unable to and will in the future be unable to attend to her normal affairs and duties for an extended period of time.

WHEREFORE, Plaintiff ELCY STEPHEN prays for judgment against the Defendant, GRAND FLOWER GROWERS, INC, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus the costs of this suit

### Count III (Grand Service, LLC.)

1-6. Plaintiff ELCY STEPHEN realleges paragraphs 1 through 6 of Count I as paragraphs 1 through 6 of Count III;

7. On May 19, 2016, the defendant, GRAND SERVICE, LLC., a Michigan limited liability company, individually and through it's agents and/or employees, owned, operated, managed, distributed, maintained and/or controlled the plant displays in the garden department of the Home Depot Store located at 7300 W. 159th Street, in the Village of Orland Park, County of Cook, State of Illinois;

8. That on May 19, 2016, the plaintiff, ELCY STEPHEN, was lawfully on the property while shopping for plants in the garden department of the Home Depot Store located at 7300 W. 159th Street, in the Village of Orland Park, County of Cook, State of Illinois;

9. At said time and place, the Plaintiff, ELCY STEPHEN, was walking and tripped on a garden watering hose that was placed across the aisle to water flowers in the garden department;

10. At all times pertinent, the Plaintiff, ELCY STEPHEN, was in the exercise of ordinary care for her safety and free from contributory negligence;

11. At all times pertinent, it was the duty of the defendant, GRAND SERVICE, LLC., individually and through it's agents and/or employees, to own, operate, manage, maintain and/or control the premises in a reasonably safe manner so as not to cause injury to the plaintiff and

others;

12. That notwithstanding the aforesaid duty, the defendant, GRAND SERVICE, LLC., individually and through it's agents and/or employees, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a. placed a watering hose across the aisle of the garden department when it knew or should have known that it caused and unreasonably dangerous and unsafe walking condition;

b. failed to properly secure the watering hose within the aisle of the garden department when it knew or should have known the hose caused an unreasonably dangerous and unsafe walking condition;

c. permitted a walking hazard to remain within the aisle of the garden department for an unreasonable period of time;

d. failed to properly warn the Plaintiff of a watering hose within the aisle of the garden department, when it knew or should have known that it created an unreasonably dangerous and unsafe condition;

e. failed to properly inspect the aisles of the garden department to be certain they were in a safe and proper condition for customers to walk upon;

f. failed to barricade the subject aisle of the garden department when it knew or should have known the watering hose created a dangerous and unsafe walking condition;

g. failed to provide proper lighting in the subject aisle of the garden department;

h. failed to take and/or institute adequate steps, precautions and training procedures to ensure the subject aisle remained free from obstructions and safe for use;

i. otherwise carelessly and negligently operated, managed, maintained, supervised, cleaned and/or controlled said premises.

13. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the defendant, GRAND SERVICE, LLC., individually and through it's agents and/or employees, the Plaintiff, ELCY STEPHEN, was caused to fall and sustain severe injuries, both internally and externally, of a permanent and lasting nature; that the plaintiff was caused to and will in the future be caused to endure pain and suffering in body and mind; that in an endeavor to cure said injuries, the plaintiff was caused to and will in the future be caused to expend sums of money for medical care; furthermore, that the plaintiff was unable

6

to and will in the future be unable to attend to her normal affairs and duties for an extended period of time.

WHEREFORE, Plaintiff ELCY STEPHEN prays for judgment against the Defendant, GRAND SERVICE, LLC., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus the costs of this suit.

ELCY STEPHEN

By: _____
Marc Trevino
Samuel Briones
BRIONES, HARVEY & TREVINO #26077
Attorneys for Plaintiff
1912 Ridge Road
Homewood, IL 60430
**Phone: (708) 799-3800**
Fax: (708) 799-5142

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| ELCY STEPHEN, | ) | |
| Plaintiff, | ) | |
| v. | ) No. | |
| HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, GRAND FLOWER GROWERS, INC., and GRAND SERVICE, LLC., | ) | Plaintiff Demands a 12 Person Jury |
| Defendants. | ) | |

FILED - 1 2017 OCT 20 AM 9:11 DOROTHY BROWN CLERK CIRCUIT COURT OF COOK COUNTY, ILLINOIS LAW DIVISION

## PLAINTIFF'S AFFIDAVIT

I, Marc Trevino, one of the attorneys for the plaintiff, ELCY STEPHEN, states under oath that the total of money damages sought in this case exceeds $50,000.00

Further affiant sayeth nought.

_____
Marc Trevino

SUBSCRIBED and SWORN to
before me this 12th day of
October, 2017

_____
Notary Public

OFFICIAL SEAL
RONALD E HARVEY
Notary Public - State of Illinois
My Commission Expires Nov 30, 2018

Marc Trevino
Samuel Briones
BRIONES, HARVEY & TREVINO #26077
Attorneys for Plaintiff
1912 Ridge Road
Homewood, IL 60430
**Phone: (708) 799-3800**
Fax: (708) 799-5142

8

ELECTRONICALLY FILED
11/21/2017 3:36 PM
2017-L-010652
CALENDAR: E
PAGE 1 of 4
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ELCY STEPHEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOME DEPOT USA, INC., d/b/a THE )<br>HOME DEPOT, GRAND FLOWER )<br>GROWERS, INC., and GRAND SERVICE, )<br>LLC., )<br>)<br>Defendants. ) | No. 17 L 010652 |

### PROOF OF SERVICE OF DEFENDANT GRAND FLOWER GROWERS, INC.

TO:     Clerk of the Circuit Court
        Room 801
        Richard J. Daley Center
        Chicago, IL 60602

PLEASE TAKE NOTICE that on the 21st day of November, 2017, I caused to be filed the attached PROOF OF SERVICE OF DEFENDANT GRAND FLOWER GROWERS, INC., a copy of which is herewith served upon you.

### CERTIFICATE OF SERVICE

Marc Trevino, an attorney, hereby certifies that he caused the electronic filing of documents attached, and caused to be served upon the above individual by placing same in an envelope addresses as shown, proper postage paid, and by depositing the envelope in the U.S. Mails at the Post Office located in Homewood, Illinois, at or before 5:00 p.m on the above-mentioned filing date.

Attorney: Marc Trevino
Firm: Briones, Harvey & Trevino
Attorney #: 26077
Attorney for: Plaintiff
Address: 1912 Ridge Road
City: Homewood, IL 60430
Telephone: (708) 799-3800
E-mail: mptrevino@sbcglobal.net

## AFFIDAVIT OF SERVICE

| Case: 17-L-010652 | Court: Circuit Court of Cook County | County: Cook, IL | Job: 1767303 (17-L-010652) |
|---|---|---|---|
| Plaintiff / Petitioner: Elcy Stephen | | Defendant / Respondent: Home Depot, USA Inc. | |
| Received by: JACO Civil Process | | For: Briones, Harvey & Trevino | |
| To be served upon: Grand Flower Growers Inc. | | | |

I, Jose Ontiveros, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Grand Flower Growers Inc. c/o Jeffrey A. Festian, 1138 146th Ave, Wayland, MI 49348
Manner of Service: Authorized, Nov 7, 2017, 3:11 pm EST
Documents: Summons and Complaint (Received Oct 30, 2017 at 9:09am EDT)

Additional Comments:

1) Successful Attempt: Nov 7, 2017, 3:11 pm EST at 1138 146th Ave, Wayland, MI 49348 received by Grand Flower Growers Inc. c/o Jeffrey A. Festian. Age: 45-55; Ethnicity: Caucasian; Gender: Male; Weight: 130-140; Height: 5'6"; Hair: Red; Eyes: Blue; Other: Red beard;

Jose Ontiveros
Court Officer / MCODSA Reg. #1031 /
Special Deputy Sheriff - KCSD
Date 11/08/17

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date 11/8/17
Commission Expires 11-04-2018

JACO Civil Process
1444 Michigan St NE Suite 8
Grand Rapids, MI 49503
616-233-2355 / 616-272-3890

ELECTRONICALLY FILED
11/21/2017 3:36 PM
2017-L-010652
PAGE 1 of 4

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS - SUMMONS (Rev.12/22/92) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ELCY STEPHEN,
    Plaintiff,

v.    No.

HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, GRAND FLOWER GROWERS, INC., and GRAND SERVICE, LLC.,

    Defendants.

**PLEASE SERVE:**

*See Attached Service List

SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the R.J. Daley Center, Room 801 , Chicago, Illinois 60602) within 30 days after service of summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____, 2017

_____
Clerk of Court

Name: Briones, Harvey & Trevino
Attorney for Plaintiff
Address: 1912 Ridge Road
City: Homewood, IL 60430
Telephone: (708) 799-3800
Atty. No.: 26077

Date of service: Nov. 07th, 2017
(To be inserted by officer on copy left with defendant or other person)

**Service by Facsimile Transmission will be accepted at _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202

ELCY STEPHEN vs. HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, GRAND FLOWER GROWERS, INC., and GRAND SERVICE, LLC.

## *SERVICE LIST

Please serve the following defendants:

1. HOME DEPOT USA, INC., d/b/a THE HOME DEPOT
   R/A Illinois Corporation Service C
   801 Adlai Stevenson Drive
   Springfield, IL 62703

2. GRAND FLOWER GROWERS, INC
   Todd Mossel, President
   1138 146th Avenue
   Wayland, MI 49348

3. GRAND SERVICE, LLC.
   R/A Corporate Creations Network In
   350 S. Northwest Highway
   Park Ridge, IL 60068

ELECTRONICALLY FILED
11/21/2017 3:36 PM
2017-L-010652
PAGE 4 of 4



# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE



| | | | |
|---|---|---|---|
| CASE NUMBER: 17L010652 | MULT.SER. 1 | | DOC. TYPE: LAW |
| DIE DATE: 11/13/2017 | RECEIVED DATE: 10/20/2017 12:00:00 PM | FILED DATE: 10/20/2017 | DIST: 068-SK |

**DEFENDANT**
GRAND SERVICE LLC
350 S NORTHWEST HIGHWAY
PARK RIDGE, IL 60068

**PLANTIFF**
STEPHEN, ELCY
**ATTORNEY**
BRIONES SAMUEL
1912 RIDGE RD ROAD
HOMEWOOD, IL 60430
(708) 799-3800

**ATTACHED FEE AMOUNT:**
**SERVICE INFORMATION:** RM 801 R/A CORPORATE CREATIONS NETWORK INC

I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

**(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

**(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20_____

**(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

**X (4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

**(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

**(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

**(7) CERTIFIED MAIL**

***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

**(8)** AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

| | | |
|---|---|---|
| (01) NO CONTACT | (05) WRONG ADDRESS | (09) DECEASED |
| (02) MOVED | (06) NO SUCH ADDRESSS | (10) NO REGISTERED AGENT |
| (03) EMPTY LOT | (07) EMPLOYER REFUSAL | (11) OUT OF COOK COUNTY |
| (04) NOT LISTED | (08) CANCELLED BY PLAINTIFF ATTY | (12) OTHER REASON (EXPLAIN) |

EXPLANATION: MANAGER

**ATTEMPTED SERVICES**

WRIT SERVED ON: MICHELLE MAIELLA
SEX: M/F  RACE: W  AGE: 45
DATE: 10-25-17  TIME (AM/PM): 1:43  STAR #: 11521

THIS 25 DAY OF Oct, 20 17
Thomas J. Dart
SHERIFF, BY: _____, DEPUTY

JON614

ELECTRONICALLY FILED
11/21/2017 3:36 PM
2017-L-010652
CALENDAR: E
PAGE 1 of 4
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ELCY STEPHEN,<br><br>   Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, GRAND FLOWER GROWERS, INC., and GRAND SERVICE, LLC.,<br><br>   Defendants. | No. 17 L 010652 |

## PROOF OF SERVICE OF DEFENDANT GRAND FLOWER GROWERS, INC.

TO: Clerk of the Circuit Court
   Room 801
   Richard J. Daley Center
   Chicago, IL 60602

   PLEASE TAKE NOTICE that on the 21st day of November, 2017, I caused to be filed the attached PROOF OF SERVICE OF DEFENDANT GRAND FLOWER GROWERS, INC., a copy of which is herewith served upon you.

### CERTIFICATE OF SERVICE

   Marc Trevino, an attorney, hereby certifies that he caused the electronic filing of documents attached, and caused to be served upon the above individual by placing same in an envelope addresses as shown, proper postage paid, and by depositing the envelope in the U.S. Mails at the Post Office located in Homewood, Illinois, at or before 5:00 p.m on the above-mentioned filing date.

Attorney: Marc Trevino
Firm: Briones, Harvey & Trevino
Attorney #: 26077
Attorney for: Plaintiff
Address: 1912 Ridge Road
City: Homewood, IL 60430
Telephone: (708) 799-3800
E-mail: mptrevino@sbcglobal.net

## AFFIDAVIT OF SERVICE

| Case: 17-L-010652 | Court: Circuit Court of Cook County | County: Cook, IL | Job: 1767303 (17-L-010652) |
|---|---|---|---|
| Plaintiff / Petitioner: Elcy Stephen | | Defendant / Respondent: Home Depot, USA Inc. | |
| Received by: JACO Civil Process | | For: Briones, Harvey & Trevino | |
| To be served upon: Grand Flower Growers Inc. | | | |

I, Jose Ontiveros, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Grand Flower Growers Inc. c/o Jeffrey A. Festian, 1138 146th Ave, Wayland, MI 49348
Manner of Service: Authorized, Nov 7, 2017, 3:11 pm EST
Documents: Summons and Complaint (Received Oct 30, 2017 at 9:09am EDT)

Additional Comments:

1) Successful Attempt: Nov 7, 2017, 3:11 pm EST at 1138 146th Ave, Wayland, MI 49348 received by Grand Flower Growers Inc. c/o Jeffrey A. Festian. Age: 45-55; Ethnicity: Caucasian; Gender: Male; Weight: 130-140; Height: 5'6"; Hair: Red; Eyes: Blue; Other: Red beard;

Jose Ontiveros
Court Officer / MCODSA Reg. #1031 /
Special Deputy Sheriff - KCSD

Date 11/08/17

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 11/8/17        Commission Expires 11·04·2018

JACO Civil Process
1444 Michigan St NE Suite B
Grand Rapids, MI 49503
616-233-2355 / 616-272-3890

```
2120 - Served                    2121 - Served
2220 - Not Served                2221 - Not Served
2320 - Served By Mail            2321 - Served by Mail
2420 - Served by Publication     2421 - Served by Publication
SUMMONS                          ALIAS - SUMMONS              (Rev.12/22/92) CCG-1
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ELCY STEPHEN, )
)
      Plaintiff, )
)
v. )
) No.
HOME DEPOT USA, INC., d/b/a THE )
HOME DEPOT, GRAND FLOWER )
GROWERS, INC., and GRAND SERVICE, )
LLC., ) **PLEASE SERVE:**
)
      Defendants. ) *See Attached Service List

SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the R.J. Daley Center, Room* 801, Chicago, Illinois 60602) within 30 days after service of summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____, 2017

_____
Clerk of Court

Name: Briones, Harvey & Trevino      Date of service: Nov. 07th, 2017
Attorney for Plaintiff
Address: 1912 Ridge Road      (To be inserted by officer on copy left with defendant or other person)
City: Homewood, IL 60430
Telephone: (708) 799-3800
Atty. No.: 26077

**Service by Facsimile Transmission will be accepted at _____

(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202

ELCY STEPHEN vs. HOME DEPOT USA, INC., d/b/a THE HOME DEPOT, GRAND FLOWER GROWERS, INC., and GRAND SERVICE, LLC.

## *SERVICE LIST

Please serve the following defendants:

1. HOME DEPOT USA, INC., d/b/a THE HOME DEPOT
   R/A Illinois Corporation Service C
   801 Adlai Stevenson Drive
   Springfield, IL 62703

2. GRAND FLOWER GROWERS, INC
   Todd Mossel, President
   1138 146th Avenue
   Wayland, MI 49348

3. GRAND SERVICE, LLC.
   R/A Corporate Creations Network In
   350 S. Northwest Highway
   Park Ridge, IL 60068

ELECTRONICALLY FILED
11/21/2017 3:36 PM
2017-L-010652
PAGE 4 of 4