IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Elcy Stephen,<br><br>Plaintiff(s),<br><br>v.<br><br>Home Depot USA, Inc., and Grand Service, LLC,<br><br>Defendant(s). | Case No. 18-cv-130<br>Judge Sara L. Ellis |

### ORDER

(T 8:00) Trial ends – Jury.  Jury returns its verdict in favor of Defendants Home Depot USA, Inc., and Grand Service, LLC and against Plaintiff, Elcy Stephen.  The Court resolves Defendants' supplement to motion in limine #11 [149] as stated on the record.  The Court denies Home Depot U.S.A., Inc's motion in limine [157] and grants Plaintiff's motion in limine regarding Home Depot's training video [163] as stated on the record.  The Court grants Plaintiff's motion for reconsideration of the Court's ruling regarding Dr. Treister testifying to the medical bills [168] as stated on the record. Civil case terminated.

Date:  10/31/2022                                                                /s/ Sara L. Ellis