# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Elcy Stephen,

Plaintiff(s),

v.

Home Depot U.S.A., Inc., and Grand Service, LLC,

Defendant(s).

Case No. 18-cv-130
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Home Depot U.S.A., Inc., and Grand Service, LLC
and against plaintiff(s) Elcy Stephen.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Sara L. Ellis presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☐ decided by Judge        on a motion

Date: 10/31/2022

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk